Argued July 20, reversed and remanded August 2, reconsideration denied September 8, petition for review denied September 28, 1976

STATE OF OREGON, *Appellant,*

*v.*

STEVEN ANDREW HUSKEY, *Respondent.*

(No. C 75-08-2507 Cr, CA 5753)

552 P2d 258

*W. Michael Gillette,* Solicitor General, Salem, argued the cause for appellant. With him on the brief was Lee Johnson, Attorney General, Salem.

*Stephen A. Houze,* Portland, argued the cause for respondent.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

Reversed and remanded. *State v. Muckleroy,* 26 Or App 179, 552 P2d 257 (1976).

PER CURIAM.